IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV239

| | |
|---|---|
| BARBARA MAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HOUSING AUTHORITY OF THE CITY ) | |
| OF CHARLOTTE, N.C., a/k/a ) | |
| CHARLOTTE HOUSING AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon its own motion. Plaintiff filed a Complaint on May 29, 2015. At the end of the Complaint, Plaintiff included a "Motion for Temporary Restraining Order," without a supporting brief. This motion is denied at this time without prejudice to Plaintiff's right to refile the motion separately with a supporting brief in compliance with Local Rule 7.1.

IT IS SO ORDERED.

Signed: June 4, 2015

Graham C. Mullen
United States District Judge